IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALYA SHUVALOVA, et al., | No. C 10-02159 RS |
| Plaintiffs, | |
| v. | **ORDER RE: CASE MANAGEMENT CONFERENCE** |
| JOSEPH RICHARD CUNNINGHAM, et al., | |
| Defendants. | |

At the request of plaintiff's counsel, the Case Management Conference scheduled for January 27, 2011 at 10:00 a.m. shall take place by telephone. All parties shall appear by telephone, and counsel shall contact Court Conference at 866-582-6878 immediately. Any additional fees charged by Court Conference relating to short notice shall be paid by plaintiff's counsel.

**IT IS SO ORDERED.**

Dated: 1-26-11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE