# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATALYA SHUVALOVA and ELIZABETH SHUVALOVA,**<br><br>     **Plaintiffs,**<br><br>     vs.<br><br>**JOSEPH RICHARD CUNNINGHAM, DANIEL CUNNINGHAM, and DOES 1 through 50 inclusive,**<br><br>     **Defendants.** | **Case No.: 10-CV-02159-YGR**<br><br>**ORDER SETTING COMPLIANCE HEARING** |

At the April 23, 2012 Case Management Conference, counsel indicated an interest in consenting to proceed before Magistrate Judge Jacqueline Scott Corley in this case. Counsel were instructed to discuss this option with their clients and to advise the Court whether their clients would consent to a magistrate judge.

A compliance hearing shall be held on Friday, **June 8, 2012** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in a courtroom to be designated. No later than **June 5, 2012**, the parties shall advise the Court whether they will consent to try this case before Magistrate Judge Corley or another magistrate judge. The Court will accept requests for assignment to a specific magistrate judge or magistrate judges.[1]

If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Date: May 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Profiles can be found at http://cand.uscourts.gov/judges.