United States District Court
Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NATALYA SHUVALOVA and                    Case No.: 10-2159 JSC
     ELIZABETH SHUVALOVA,
12                                            **ORDER SETTING CASE
                                              MANAGEMENT CONFERENCE**
13              Plaintiffs,

14        v.

15
     JOSEPH RICHARD CUNNINGHAM and
16   DANIEL CUNNINGHAM,

17              Defendants.

18

19

20        On January 9, 2013, Defendants filed a Motion for Relief from the Court's Scheduling Order,

21   seeking to extend the date for hearing dispositive motions to March 7, 2013.  In light of the currently

22   scheduled March 25, 2013 trial date, the Court hereby schedules a Case Management Conference

23   ("CMC") for **January 17, 2013 at 1:30 p.m.**  The parties may appear at the CMC by telephone and

24   are instructed to notify the Court if they choose to do so.  The parties are further instructed to submit a

25   joint CMC statement by **January 15, 2013**, which addresses the parties' requested schedules for the

26   remainder of this case.

27

28

United States District Court

Northern District of California

1    **IT IS SO ORDERED.**

2

3    Dated:    January 10, 2013

4    JACQUELINE SCOTT CORLEY
     UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2