IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALYA SHUVALOVA and ELIZABETH SHUVALOVA,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH RICHARD CUNNINGHAM and DANIEL CUNNINGHAM,<br><br>Defendants. | Case No.: 10-2159 JSC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Wherein a previously scheduled Case Management Conference ("CMC") was vacated on January 17, 2013, the Court hereby schedules a telephonic CMC for **Thursday, January 24, 2013 at 1:30 p.m.** If any party is unable to attend the telephonic CMC, that party shall notify the Court promptly of his or her unavailability.

**IT IS SO ORDERED.**

Dated: January 22, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE