| | |
|---|---|
| 1 | NANCY A. PALANDATI, (SB# 169987 |
| 2 | Law Offices of Nancy A. Palandati<br>16129 Main Street, Unit B-138 |
| 3 | Guerneville, CA 95446<br>Ph: (707) 222-3115 |
| 4 | Fx: (707) 222-3115<br>Email: npalandati@palandatilaw.net |
| 5 | Attorney for Plaintiffs SHUVALOVA |
| 6 | |
| 7 | SMITH PATTEN<br>SPECNCER F. SMITH, (SBN 236587) |
| 8 | DOW W. PATTEN, ESQ. (SBN: 135931)<br>353 Sacramento St., Suite 1120 |
| 9 | San Francisco, CA 94111<br>Telephone:  (415) 402-0084 |
| 10 | Facsimile:   (415) 520-0104 |
| 11 | Attorneys for Defendants CUNNINGHAM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATALYA SHUVALOVA and ELIZABETH SHUVALOVA,<br><br>              Plaintiffs,<br><br>v.<br><br>JOSEPH RICHARD CUNNINGHAM, DANIEL CUNNINGHAM, and DOES 1 – 10 Inclusive.<br><br>              Defendants. | Case No. CV: 10:2159 JCS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |
|---|---|

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Natalya Shuvalova and Elizabeth Shuvalova, and Defendants Joseph Richard Cunningham and Daniel Cunningham hereby stipulate that this action and all claims Plaintiffs have asserted against Defendants in this action are hereby dismissed *with prejudice*.

Each party to bear its own costs and attorneys' fees.

1   Respectfully submitted,

2   Dated:  February 6, 2013                LAW OFFICES OF NANCY A. PALANDATI

3

4                                           *Nancy A. Palandati*
   _____
5                                           Nancy A. Palandati, Attorney for Plaintiffs
                                            SHUVALOVA
6   Dated February 6, 2013                  SMITH PATTEN

7

8                                             */S/ Dow W. Patten*
                                            _____
                                            Dow W. Patten, Attorney for Defendants
9                                           CUNNINGHAM

10

11

12

13

14

15

16

17

18

19

20

21   Dated:  2/7/2013



22

23

24

25

26

27

28

Defendant's Request for Production of DOCUMENTS to Plaintiff Elizabeth Shuvalova, Set 1